# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATHEW TRONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:22-cv-01288-CFC |
| | ) |
| NATIONS LENDING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

The undersigned counsel certifies that this filing complies with the type, font, and word limitations set forth in the Court's Standing Order regarding Briefing in Non-Patent Cases and the Court's March 2, 2020 Form Rule 16 Scheduling Order for Non-Patent Cases. According to the word processing system used to prepare it, the forgoing document contains 2,478, excluding the case caption, title and signature block. The text of this document, including footnotes, was prepared in Times New Roman, 14 point.

*[Signature follows on next page]*

                POTTER ANDERSON & CORROON LLP

                By: */s/ Jennifer Gimler Brady*
                    Jennifer Gimler Brady (#2874)
                    Carla M. Jones (#6046)
                    Hercules Plaza, 6th Floor
                    1313 North Market Street
                    P.O. Box 951
                    Wilmington, DE  19899-0951
                    (302) 984-6000 – Telephone
                    jbrady@potteranderson.com
                    cjones@potteranderson.com

Dated: November 30, 2022    *Attorneys for Defendant Nations Lending Corporation*